**FILED**

**FOR PUBLICATION**

NOV 21 2012

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **MINORITY TELEVISION PROJECT, INC.**, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> **FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA**, <br><br> Defendants - Appellees, <br><br> and <br><br> **LINCOLN BROADCASTING COMPANY**, <br><br> Intervenor. | No. 09-17311 <br><br> D.C. No. 3:06-cv-02699-EDL <br><br> ORDER |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Fed. R. App. P. 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.